```
                           United States Bankruptcy Court
                           Western District of Arkansas
In re:                                                         Case No. 18-73243-rdt
John Keith Rutledge, Jr.                                       Chapter 7
        Debtor               CERTIFICATE OF NOTICE
District/off: 0861-4          User: latrese             Page 1 of 2              Date Rcvd: May 24, 2019
                              Form ID: 318              Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
```
db            +John Keith Rutledge, Jr.,    146 Hempstead 36,    Hope, AR 71801-9036
4975502       +Allen & Withrow,    Attorneys at Law,    12410 Cantrell Suite 100,    Little Rock, AR 72223-1703
4975504        Aqua Finance,    P.O. Box 844,    Minneapolis, MN 55402
4975505      ++BANCORPSOUTH,    BANKRUPTCY DEPARTMENT,     P O BOX 4360,    TUPELO MS 38803-4360
              (address filed with court: Bancorp South Bank,     200 S. Elm Street,    Hope, AR 71801)
4975506       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4975511       +Christus Physician Group,    Attn: #18542E,    P.O. Box 14000,    Belfast, ME 04915-4033
4975519       +Exxonmobil/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4975521       +FMC-Omaha Service CTR,    P.O. Box 542000,    Omaha, NE 68154-8000
4975520       +Farm Bureau FSB,    17300 Henderaon Pass,    San Antonio, TX 78232-1663
4975522       +Hood & Stacy PA,    P.O. Box 271,    Bentonville, AR 72712-0271
4975523       +James K Tyson DDS Inc.,    P.O. Box 1030,    Hope, AR 71802-1030
4975525       +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
4975530       +Shell/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4975503       +EDI: GMACFS.COM May 25 2019 03:13:00      Ally Financial,    P.O. Box 380901,
               Minneapolis, MN 55438-0901
4975507       +EDI: CAPITALONE.COM May 25 2019 03:13:00      Capital One Bank USA NA,    10700 Capital One Way,
               Glen Allen, VA 23060-9243
4975509       +EDI: CHASE.COM May 25 2019 03:13:00      Chase Card,    P.O. Box 15298,
               Wilmington, DE 19850-5298
4975512       +EDI: CITICORP.COM May 25 2019 03:13:00      Citibank NA,    701 E. 60th Street North,
               Sioux Falls, SD 57104-0493
4975513       +EDI: CITICORP.COM May 25 2019 03:13:00      Citicards CBNA,    P.O. Box 6241,
               Sioux Falls, SD 57117-6241
4975514       +EDI: CIAC.COM May 25 2019 03:13:00      Citimortgage,    P.O. Box 9438,
               Gaithersburg, MD 20898-9438
4975515       +EDI: WFNNB.COM May 25 2019 03:13:00      Comenity Bank/Stage,    P.O. Box 182789,
               Columbus, OH 43218-2789
4975516       +EDI: WFNNB.COM May 25 2019 03:13:00      Comenity Capital/Zales,    P.O. Box 182120,
               Columbus, OH 43218-2120
4975517        EDI: DISCOVER.COM May 25 2019 03:13:00      Discover Bank,    P.O. Box 15316,
               Wilmington, DE 19850
4975518       +EDI: DISCOVERPL May 25 2019 03:13:00      Discover Personal Loans,    P.O. Box 6105,
               Carol Stream, IL 60197-6105
4975524       +E-mail/Text: bncnotices@becket-lee.com May 24 2019 23:12:44       Kohls/Capital One,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
4975527       +E-mail/Text: bankruptcyteam@quickenloans.com May 24 2019 23:12:53        Quicken Loans Inc.,
               1050 Woodward Ave.,    Detroit, MI 48226-1906
4975528       +EDI: DRIV.COM May 25 2019 03:13:00      Santander Consumer USA,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
4975529       +EDI: SEARS.COM May 25 2019 03:13:00      Sears/CBNA,    P.O. Box 6283,
               Sioux Falls, SD 57117-6283
4975531       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Amazon Plcc.,    P.O. Box 965015,
               Orlando, FL 32896-5015
4975532       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Arkansas Furniture,    C/O P.O. Box 965036,
               Orlando, FL 32896-0001
4975533       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Ashley Homestores,    C/O P.O. Box 965036,
               Orlando, FL 32896-0001
4975534       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Care Credit,    P.O. Box 965036,
               Orlando, FL 32896-5036
4975535       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Care Discount Tire,    P.O. Box 965036,
               Orlando, FL 32896-5036
4975537       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Dillards,    4125 Windward Plaza,
               Alpharetta, GA 30005-8738
4975538       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/JC Penney,    P.O. Box 965007,
               Orlando, FL 32896-5007
4975539       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Lowes,    P.O. Box 965036,    Orlando, FL 32896-5036
4975540       +EDI: RMSC.COM May 25 2019 03:13:00      Syncb/Phillips 66,    P.O. Box 965004,
               Orlando, FL 32896-5004
4975542       +EDI: WFFC.COM May 25 2019 03:13:00      WF/Dillards,    P.O. Box 14517,
               Des Moines, IA 50306-3517
4975541       +EDI: WFFC.COM May 25 2019 03:13:00      Wells Fargo/Dillards,    800 Walnut Street,
               Des Moines, IA 50309-3605
                                                                                              TOTAL: 25
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0861-4          User: latrese              Page 2 of 2              Date Rcvd: May 24, 2019
                              Form ID: 318               Total Noticed: 38

4975508*       +Capital One Bank USA NA,   10700 Capital One Way,   Glen Allen, VA 23060-9243
4975510*       +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
4975526*       +Nissan Motor Acceptance,   P.O. Box 660366,   Dallas, TX 75266-0366
4975536*       +Syncb/Care Discount Tire,   P.O. Box 965036,   Orlando, FL 32896-5036
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Aaron David Caldwell    on behalf of Creditor   Quicken Loans Inc a.caldwell@mickellaw.com,
               ecffilings@mickellaw.com
              Mickey Lynn Stevens    on behalf of Debtor John Keith Rutledge, Jr. mickeystevens@outlook.com,
               stevensmr82608@notify.bestcase.com
              Renee S. Williams    rwilliamstrustee@gmail.com,   AR06@ecfcbis.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov
                                                                                             TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Keith Rutledge Jr.** | Social Security number or ITIN  **xxx–xx–2074** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Arkansas** | | |
| Case number:  **4:18–bk–73243** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Keith Rutledge Jr.

Dated: 5/24/19

By the court: *[signature]*

Richard D. Taylor
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

5/24/19

Official Form 318  **Order of Discharge**  page 2